UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RAY ANN HOWARD,

        Plaintiff,

v.                                                    Case Number 12-11652
                                                      Honorable Thomas L. Ludington

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION,
DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND
GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

    This matter is before the Court on the report issued by Magistrate Judge R. Steven Whalen on May 10, 2013. Judge Whalen recommends that the Court deny Plaintiff Ray Ann Howard's motion for summary judgment (ECF No. 14), grant Defendant Commissioner of Social Security's motion for summary judgment (ECF No. 19), and affirm the judgment of the Commissioner of Social Security.

    Any party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendations. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report . . . to which objection is made." *Id.* The Court is not obligated to review the portions of the report to which no objection was made. *Thomas v. Arn*, 474 U.S. 140, 149–52 (1985). As of today's date, no party has filed any objections to Judge Whalen's report and recommendation.

Accordingly, it is **ORDERED** that Judge Whalen's report and recommendation (ECF No. 21) is **ADOPTED**.

It is further **ORDERED** that Plaintiff's motion for summary judgment (ECF No. 14) is **DENIED**.

It is further **ORDERED** that Defendant's motion for summary judgment (ECF No. 19) is **GRANTED**.

It is further **ORDERED** that the judgment of the Commissioner of Social Security is **AFFIRMED**.

                                        s/Thomas L. Ludington
                                        THOMAS L. LUDINGTON
                                        United States District Judge

Dated: May 29, 2013

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on May 29, 2013.

                                  s/Tracy A. Jacobs
                                  TRACY A. JACOBS